*Memorandum*

CASE NO. **SACR19-00085 AG**



| Subject: | Date: |
|---|---|
| United States v. Aquinas Kasbar | May 17, 2019 |

| To: | From: |
|---|---|
| KIRY K. GRAY | DANIEL H. AHN |
| Clerk, United States District Court | Assistant United States Attorney |
| Central District of California | Criminal Division |

FILED 2019 MAY 20 AM 10:03 CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA BY:

For purposes of determining whether the above-referenced matter being filed on May 20, 2019

(a) should be assigned to the Honorable André Birotte Jr., it

☐ is

☒ is not

a matter that was pending in the United States Attorney's Office on or before August 8, 2014, the date the Honorable André Birotte Jr. resigned from his position as the United States Attorney for the Central District of California.

(b) should be assigned to the Honorable Michael W. Fitzgerald, it

☐ is

☒ is not

a matter pending in the National Security Section or one in which the National Security Section has previously been involved; or (2) a matter in which current Assistant United States Attorney Patrick Fitzgerald is or has been personally involved or on which he has personally consulted while employed in the USAO.

DANIEL H. AHN
Assistant United States Attorney
Criminal Division