NICOLA T. HANNA
United States Attorney
BRANDON D. FOX, Assistant U.S. Attorney
Chief, Criminal Division
DANIEL H. AHN (SBN 235023), Assistant U.S. Attorney
411 West Fourth Street, Suite 8000, Santa Ana, CA 92701
Phone: (714) 338-3539

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| Plaintiff(s) | SA CR 19-00085-AG |
| v. | **APPLICATION FOR WRIT OF HABEAS CORPUS** |
| AQUINAS KASBAR, | ☑ AD PROSEQUENDUM ☐ AD TESTIFICANDUM |
| Defendant(s). | |

The undersigned ☑ Assistant United States Attorney ☐ other attorney hereby applies to the Court for the issuance of a Writ of Habeas Corpus ☑ Ad Prosequendum ☐ Ad Testificandum for:

Name of Detainee: AQUINAS KASBAR
   Alias: _____
BOP/Booking No: 3119858
   Detained by:  ☐ Warden _____
                 ☑ Other Captain Mark Stichter
   Detained at: Central Men's Jail, 550 N. Flower St., Santa Ana, California
   *(Specify name and location of detention facility)*

Detainee is requested for the following reasons:

Appearance is necessary on  July 8, 2019  at  1:30 PM  before the Honorable Andrew J. Guilford  Judge/Magistrate Judge.

Location:  ☑ U.S. District Court 411 West Fourth Street, Santa Ana, California 92701
           *(Court Address)*
           ☐ Other _____
           *(Place and Address of Place)*

I have contacted the institution (if detainee is not in federal custody) and have been advised that said detainee is free and able to be present during the entire duration of this matter.

I understand that it is my responsibility to provide the U.S. Marshal with four (4) originals of the Writ and any associated fees.

I also understand that it is my responsibility to notify the U.S. Marshal when the presence of said detainee is no longer required and said detainee can be returned to the original custodian.

Dated: 6/20/19

_____
Signature of attorney

*An ORDER ON APPLICATION FOR WRIT OF HABEAS CORPUS (G-09 ORDER) MUST be submitted along with this Application for Writ of Habeas Corpus Ad Prosequendum/Ad Testificandum.*

G-09 (10/06)    APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM / AD TESTIFICANDUM