# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff(s)<br>　　　v.<br><br>AQUINAS KASBAR,<br><br>　　　　　　　　　　　Defendant(s). | CASE NUMBER<br><br>SA CR 19-00085-AG<br><br>ORDER ON<br>APPLICATION FOR WRIT OF HABEAS CORPUS<br><br>☒ AD PROSEQUENDUM   ☐ AD TESTIFICANDUM |

The Court hereby **ORDERS** the Application for Writ of Habeas Corpus submitted herewith be **GRANTED** and that a Writ of Habeas Corpus ☒ Ad Prosequendum  ☐ Ad Testificandum be issued to secure the appearance of:

Name of Detainee:   AQUINAS KASBAR (booking number: 3119858)
　　　　　　Alias:

On   July 8, 2019   at   1:30 PM   before Judge   Andrew J. Guilford  .
　(Date of Appearance)　　　(Time)

Dated: June 27, 2019

_____
U.S. District Judge Andrew J. Guilford