# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACR 19-00085-AG | Date | July 8, 2019 |
| Title | United States v. Aquainas Kasbar | | |

Present: The Honorable  Autumn D. Spaeth

| Deputy Clerk: | Court Reporter / Recorder: |
|---|---|
| Kristee Hopkins | CourtSmart |

| Attorney(s) Present for Plaintiffs: | Attorney(s) Present for Defendants: |
|---|---|
| | |

**Proceedings:**  (In Chambers) Order of Detention after Hearing Held Under 18 U.S.C. § 3148(b)

Defendant appeared after being taken into custody on an arrest warrant issued by United States District Judge Andrew Guilford after United States Pretrial Services submitted a petition for action on conditions of pretrial release alleging that Defendant committed a violation of the conditions of his supervised release. The Court conducted a hearing on the alleged violations. Based on the information presented at the hearing, the Court finds that there is clear and convincing evidence that Defendant violated conditions of his release that require he comply with conditions of release set by the State Court. The Court also finds that no condition or combination of conditions of release will assure that Defendant will not flee or pose a danger to the safety of any other person or the community and that Defendant is unlikely to abide by any condition or combination of conditions of release.

Defendant's release is therefore revoked and IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings in this matter.

Initials of Preparer  :